UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

CHARLES GREGORY EMLEY,

    PLAINTIFF,

v.

    Case No.: 3:23-cv-2832-B

EQUIFAX INFORMATION SERVICES, LLC,

    DEFENDANT.

## PLAINTIFF'S NOTICE OF SETTLEMENT

Plaintiff Charles Gregory Emley ("Plaintiff") hereby notifies the Court that Plaintiff and Defendant Equifax Information Services, LLC have reached a settlement in principle and are in the process of consummating the terms of the settlement agreement. Plaintiff expects to file a dismissal with prejudice for the above-named defendant on or before March 15, 2024.

    Respectfully submitted,

    */s/ Micah S. Adkins*
    Micah S. Adkins
    (attorney in charge)
    TX BAR NO. 24088777
    **THE ADKINS FIRM, P.C.**
    8150 N. Central Expwy., Suite 1000
    Dallas, Texas 75206
    Telephone: (214) 974.4030
    MicahAdkins@ItsYourCreditReport.com
    *COUNSEL FOR PLAINTIFF*
    *CHARLES GREGORY EMLEY*

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2024, I filed the foregoing paper using the CMECF System, which will electronically serve notification of same on the following counsel of record:

Jibril A. Greene
SEYFARTH SHAW LLP
2001 Ross Ave.
Suite 700 - 120
Dallas, TX 75201

*/s/ Micah S. Adkins*
Micah S. Adkins