IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

CHARLES GREGORY EMLEY,

    Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC,

    Defendant.

Case No.: 3:23-cv-2832-B

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
## AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Charles Gregory Emley ("Plaintiff") and Defendant Equifax Information Services, LLC ("Defendant"), hereby jointly stipulate and agree that Plaintiff dismisses, with prejudice, Plaintiff's claims asserted against Defendant and said parties to bear their own costs and attorney's fees.

Respectfully submitted,

*/s/ Micah S. Adkins*
Micah S. Adkins
TX BAR NO. 24088777
**THE ADKINS FIRM, P.C.**
8150 N. Central Expy., Suite 1000
Dallas, Texas 75206
Telephone: (214) 974.4030
MicahAdkins@ItsYourCreditReport.com
*COUNSEL FOR PLAINTIFF*
*CHARLES GREGORY EMLEY*

*/s/ Jibril A. Greene (with consent)*
Jibril A. Greene
Bar No. 24093774
jagreene@seyfarth.com
**SEYFARTH SHAW LLP**
2001 Ross Ave., Suite 700 - 120

1

>Dallas, TX 75201
>Telephone: (469) 608-6700
>*COUNSEL FOR DEFENDANT*
>*EQUIFAX INFORMATION SERVICES, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2024, I filed the foregoing paper using the CMECF System, which will electronically serve notification of same on the following counsel of record:

Jibril A. Greene
SEYFARTH SHAW LLP
2001 Ross Ave.
Suite 700 - 120
Dallas, TX 75201

>*/s/ Micah S. Adkins*
>Micah S. Adkins

2